*W. T. Hall,* for Appellant.
*McCollum & Howell,* for Appellee.

Emil Fischer, Appellant, v. Mrs. Louise Smith, an unmarried woman, Appellee.

Appeal dismissed by order of Court.
*Forrest Chapman,* for Appellant.
*Clarence J. Stokes,* for Appellee.

State of Florida, *ex rel.* Sovereign Camp W. O. W., a corporation, Relator, v. R. B. Barfield, *et al.,* Respondents.

Alternative writ of mandamus dismissed on motion of Relator.
*Giles J. Patterson,* for Relator.
*Stapp, Gourley, Vining & Ward, Hudson & Cason* and *Peters & Kemp,* for Respondents.

Dan Price, Petitioner, v. Frank Stoutamire, Sheriff of Leon County, Florida, Respondent.

Cause dismissed by order of Court.
*J. H. Harrell,* for Petitioner.

Martin Strickland, Plaintiff in Error, v. State of Florida, Defendant in Error.

Writ of error dismissed by order of Court.
*R. B. Moseley,* for Plaintiff in Error.
*Cary D. Landis,* Attorney General, for the State.